UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ED AGUILAR, | No.  CV-11-5123-EFS |
| Plaintiff, | |
| | **ORDER DISMISSING CASE** |
| v. | |
| MISSION SUPPORT ALLIANCE, LLC, HANFORD ATOMIC METAL TRADES COUNSEL, and CARPENTER MILLWRIGHTS' LOCAL UNION #2403, | |
| Defendants. | |

On November 25, 2013, the parties filed a stipulated dismissal, ECF No. 134.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS HEREBY ORDERED:**

1.    The parties' Joint Motion for Dismissal with Prejudice, **ECF No. 134**, is **GRANTED.**

2.    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorney's fees.

3.    All pending motions are **DENIED AS MOOT.**

4.    All hearings and other deadlines are **STRICKEN.**

///

//

/

ORDER DISMISSING CASE - 1

1    **5.**   The Clerk's Office is directed to **CLOSE** this file.

2    **IT IS SO ORDERED.**   The Clerk's Office is directed to enter this

3  Order and provide copies to Mr. Aguilar and counsel.

4    **DATED** this   25<u>th</u>   day of November 2013.

5

6                          s/ Edward F. Shea
                           EDWARD F. SHEA
7                Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Q:\EFS\Civil\2011\5123.stip.dism.lc1.docx

ORDER DISMISSING CASE - 2